IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JASON PERRY,

        Plaintiff,

                                CIVIL ACTION
   vs.                           No. 12-3059-RDR

LISA J.W. HOLLINGSWORTH and the
FEDERAL BUREAU OF PRISONS,

        Defendants.


MEMORANDUM AND ORDER

     This matter comes before the court on the plaintiff's motion to dismiss this matter without prejudice (Doc. 6). The court has examined the pleading and finds dismissal is proper under Rule 41(a) of the Federal Rules of Civil Procedure.

     IT IS, THEREFORE, BY THE COURT ORDERED plaintiff's motion to dismiss is granted, and this matter hereby is dismissed.

     IT IS FURTHER ORDERED plaintiff's pending motion for leave to proceed in forma pauperis (Doc. 4) is denied as moot.

     A copy of this order shall be transmitted to the plaintiff.

**IT IS SO ORDERED.**

DATED:  This 12th day of September, 2012, at Topeka, Kansas.


                              S/ Richard D. Rogers
                              RICHARD D. ROGERS
                              United States Senior District Judge